FAG KUGELFISCHER GEORG SCHAFER AG AND FAG ITALIA S.P.A., ET AL,
PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 95-03-00335

(Dated May 3, 1995)

## ORDER

TSOUCALAS, *Judge:* Upon consideration of the consent Motion of
Plaintiff's FAG Kugelfischer Georg Schafer AG, FAG Italia S.p.A. and
FAG Bearings Corporation for expedited remand to correct ministerial
errors and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted; and it is further

ORDERED that the Department of Commerce, International Trade
Administration ("ITA") is directed to correct, for FAG Germany and
FAG Italy, the ministerial errors enumerated below contained in the
*Final Results* of the fourth administrative review of antifriction bear-
ings (other than tapered roller bearings) and parts thereof, published as
*Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts
Thereof from France, et al. Final Results of Antidunping Duty Adminis-
trative Reviews, Partial Termination of Administrative Reviews, and
Revocation in Part of an Antidumping Duty Orders,* 60 FR 10900, 10959
(February 28, 1995):

1. For FAG Germany, calculate a profit on sales to related parties
that failed the arm's-length test and compare this profit to the
profit on sales to unrelated parties; where profit on related party
sales is not significantly *less* than profit on unrelated party sales,
Commerce is directed to base profit on all sales of the same *class or
kind* (including related party sales) as reported by FAG Germany
on the record;

2. In the calculation of CV profit for FAG Germany, deduct certain
home market expenses (which are not included in the total cost of
production (COP)) from net unit price (ADJPRICE), as calculated
at line 37 of FAG Germany's SAS program. Amend line 37 as fol-
lows:

37: ADJPRICE=UNITPRH+OTHEREVH-QTYDISH-
OTHDISH1-REBATEH-PACKMH-PACKLH-DINLFRH-
DININSH-VWARSRH-PAYTHIH-OTHDISH2-DPRSFRH;

3. With respect to FAG Germany, add other revenue (OTHER-
EVE) to the reported unit price (UNITPRE) prior to applying the
BIA rate to UNITPRE. Amend line 128 as follows:

128: REBATEE=REBATEE+((UNITPRE+OTHEREVE)
*0.085);

4. With respect to FAG Germany *and* FAG Italy, remove 1993
sales made to the one U.S. customer for whom corporate rebates
were reported (as identified in Exhibit 1 at line 127 (Germany) and
line 161 (Italy) prior to applying the BIA rate to 1993 sales for those
customers who received corporate rebates in 1992; and it is further

ORDERED that ITA shall publish amended *Final Results* incorporating these corrections in the Federal Register within thirty (30) days of the entry of this order; and it is further

ORDERED that all parties to this action are granted leave to file amended complaints to take into account any changes in the final results resulting from the ITA's actions pursuant to this Order, within thirty (30) days of the publication of the amended final results.